THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA, a foreign
insurer,

CASE NO. C10-1110-JCC

10

MINUTE ORDER

11

                    Plaintiff,

12

             v.

13

AF EVANS COMPANY, a California
corporation, AFE SPINNAKER, a
Washington limited liability corporation,
AF EVANS DEVELOPMENT INC., a
California corporation, RICHARD BELL,
an individual, JACK ROBERTSON, an
individual, TORY LAUGHLIN
TAYLOR, an individual, and
ESPLANADE CONDOMINIUM
ASSOCIATION, a Washington non-profit
corporation,

14

15

16

17

18

19

                    Defendants.

20

AFE SPINNAKER, a Washington limited
liability corporation, AF EVANS
DEVELOPMENT INC., a California
corporation, RICHARD BELL, an
individual, JACK ROBERTSON, an
individual, TORY LAUGHLIN
TAYLOR, an individual, and
ESPLANADE CONDOMINIUM
ASSOCIATION, a Washington non-profit
corporation,

21

22

23

24

25

26

                    Third Party Plaintiffs,

MINUTE ORDER, C10-1110-JCC
PAGE - 1

1

2         v.

3   STEADFAST INSURANCE COMPANY,
    a Delaware corporation, and
    HEFFERNAN INSURANCE BROKERS,

4   a California corporation,

5               Third Party Defendants.

6

7

8         The following Minute Order is made by direction of the Court, the Honorable John C.

9   Coughenour, United States District Judge:

10        This matter comes before the Court on the notice of Plaintiff Travelers Property Casualty

11  Company of America and Defendants AF Evans Company, AFE Spinnaker, LLC, AF Evans

12  Development Inc., Richard Bell, Jack Robertson, Tory Laughlin Taylor, and the Esplanade

13  Condominium Association that they have reached a settlement of all claims and counter-claims

14  asserted between them in this litigation. The parties have notified the Court that, in light of the

15  settlement, the motions at Dkt. Nos. 179, 188, 194, 198, 200, 203, and 213 should be terminated.

16  The Court therefore DIRECTS the Clerk to TERMINATE those motions.

17        DATED this 29th day of January 2013.

18                      William M. McCool
                        Clerk of Court

19
                        s/Tim Farrell

20                      Deputy Clerk

21

22

23

24

25

26

MINUTE ORDER, C10-1110-JCC
PAGE - 2